No. 04-99-00079-CR


Joe VILLARREAL,

Appellant

v.

The STATE of Texas,

Appellee

From the 175th Judicial District Court, Bexar County, Texas

Trial Court No. 98-CR-6212-W

Honorable Mary Roman, Judge Presiding

PER CURIAM

Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice

Delivered and Filed: October 20, 1999

APPEAL DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 

 PER CURIAM

DO NOT PUBLISH